UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

ANDRE WOODS                                    CIVIL ACTION NO. 19-cv-0935

VERSUS                                         JUDGE FOOTE

ZIPS CAR WASH, LLC                             MAGISTRATE JUDGE HORNSBY

**MEMORANDUM ORDER**

Andre Woods ("Plaintiff") filed this employment discrimination action against his former employer, Zips Car Wash, LLC, in state court. Zips removed the case to this court based on an assertion of diversity jurisdiction, which puts the burden on the removing party to allege facts showing complete diversity of citizenship of the parties and an amount in controversy over $75,000.

The notice of removal states that Plaintiff is domiciled in Louisiana. Defendants allege that Plaintiff is seeking back pay in excess of $56,000, as well as benefits, mental anguish, and attorney's fees. Thus, Defendants allege that the total amount in controversy is over $75,000. These allegations are sufficient.

The notice of removal states that Zips is a limited liability company and has no members domiciled in Louisiana. Defendants attached as Exhibit A an affidavit signed by Scott Carnes, Zips' Director of Human Resources, which states that "no member of the Company is domiciled in Louisiana." The citizenship of an LLC is determined by the citizenship of all of its members. Harvey v. Grey Wolf Drilling Co., 542 F.3d 1077 (5th Cir. 2008). "A party seeking to establish diversity jurisdiction must specifically allege the

citizenship of every member of every LLC or partnership involved in a litigation." Settlement Funding, L.L.C. v. Rapid Settlements, Ltd., 851 F.3d 530, 536 (5th Cir. 2017). If the members are themselves partnerships, LLCs, corporations or other form of entity, their citizenship must be alleged in accordance with the rules applicable to that entity, and the citizenship must be traced through however many layers of members or partners there may be. Mullins v. TestAmerica Inc., 564 F.3d 386, 397-98 (5th Cir. 2009); Rodidaco, Inc. v. Chesapeake Energy Louisiana Corp. 2018 WL 3551525 (W.D. La. 2018).

Accordingly, Zips will need to file, no later than **August 5, 2019**, an amended notice of removal that specifically alleges the citizenship of every member of Zips in accordance with the rules outlined above.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 24th day of July, 2019.

Mark L. Hornsby
U.S. Magistrate Judge